## STATEMENT OF FACTS

On January 13, 2020, the government sought and obtained a complaint charging WES OSMAN, with two counts: (1) entering or remaining in a restricted area or grounds, in violation of 18 U.S.C. § 1752(a)(1); and (2) entering restricted public property, in violation of 22 D.C. Code § 3302(b). On January 15, 2020, the government filed an information charging the same two violations. At the initial appearance before Magistrate Judge Deborah A. Robinson, the government requested a forensic screening of the defendant, which was granted.

On January 21, 2020, the government orally requested that OSMAN be released into the custody of the United States Army. That motion was granted, and the defendant was released on a number of conditions, including:

- The defendant must advise the Court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.
- The defendant must surrender any passport to the Pretrial Services Administration.
- The defendant must not obtain a passport or other international travel document.
- The defendant must stay away from the area surrounding the White House as defined by a map attached to the stay-away order, which includes the area bounded by and including Constitution Avenue NW, from 19th Street NW to 13th St NW.

1/21/20 Order at 1-2, 4. That order was still in effect on February 16, 2020.

On February 16, 2020, at approximately 6:32 p.m., your affiant responded to a U.S. Secret Service vehicle entrance post located at 210 16th Street NW, Washington, D.C., which is just north of the intersection of Constitution Avenue and 16th Street NW, and within the area from which the OSMAN was ordered to stay away.

According to U.S. Secret Service Officer Brett Eikenberg, who was working at the vehicle post in question, OSMAN approached him and said that he was there to speak with the President because OSMAN had the solution to end child sex trafficking. OSMAN stated that he was "AWOL" from the U.S. Army and had arrived in Washington, D.C., via a one-way flight from Georgia. OSMAN continued with words to the effect that he was "going to be a thorn in your guys' side and will keep coming back for as long as I have to." OSMAN stated that the only way he was going to leave would be if the Secret Service officers made him do so.

Secret Service officers asked the defendant for identification, and he produced a U.S. military identification, as well as a U.S. passport, in his name.

Based on the foregoing, your affiant submits that there is probable cause to believe that the defendant violated 18 U.S.C. § 401(3), Contempt of Court.

_____
Nicholas Neumann
Officer, United States Secret Service

Sworn and subscribed to me before this 17th day of February, 2020.

_____
The Honorable G. MICHAEL HARVEY
United States Magistrate Judge